**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**JAMES MICHAEL HALEY**                                                                 **PLAINTIFF**

**V.**                                                                                    **NO. 2:10CV6-MPM-DAS**

**COMMISSIONER OF SOCIAL SECURITY**                                        **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the file and record of this action, the court finds the Report and Recommendations of the United States Magistrate Judge dated May 6, 2010, was on that date duly served upon counsel of record for the parties; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated May 6, 2010, is approved and adopted as the opinion of the court.

2. That defendant's motion to dismiss (# 7) is hereby granted, and this case is dismissed with prejudice.

**THIS**, the 2nd day of September, 2010.

**/s/ MICHAEL P. MILLS**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**